UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MAINE HUMAN RIGHTS COMMISSION, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 1:21-cv-00050-JDL |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant ) | |

### ORDER SETTING SETTLEMENT CONFERENCE

It is hereby <u>ORDERED</u> that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison.  The settlement conference will be held remotely via videoconference on Wednesday, September 7, 2022, commencing at 9:30 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear with their clients and insurance representatives at such time and be fully authorized to accomplish settlement of the case and be prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison, **on or before August 31, 2022,** an <u>in camera</u> statement, <u>no more than eight pages in length</u>, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position.  The parties shall also submit as part of the <u>in camera</u> statement a realistic estimate of

anticipated attorneys fees and costs in the event of trial to final judgment. **The statements are not to be provided to the opposing side and shall be sent via email to [MaineECFIntake@med.uscourts.gov](mailto:MaineECFIntake@med.uscourts.gov).**

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 5th day of August, 2022.