UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MAINE HUMAN RIGHTS COMISSION and PAULINE CHAMPAGE obo MICHAEL MORIN,<br><br>                    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>                    Defendant. | CIVIL ACTION<br><br>Docket No:  1:21-cv-00050-JDL |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties in the above-captioned matter stipulate to the dismissal of all claims with prejudice and without costs to any party.

Dated:  November 21, 2022

*/s/ Daniel R. Strader*
Daniel R. Strader
Katharine I. Rand
Pierce Atwood, LLP
254 Commercial Street
Portland, ME 04101
dstrader@pierceatwood.com
krand@pierceatwood.com

*Counsel for Defendant,*
*Wal-Mart Stores East L.P.*

Dated:  November 21, 2022

*/s/ Kristin L. Aiello*
Kristin L. Aiello
Aiello Law, LLC
133 State Street
P.O. Box 276
Augusta, ME 04332-0276
Kristin@AielloLawMaine.com

*Counsel for Plaintiff,*
*Pauline Champagne obo Michael Morin*

*/s/ Barbara Archer Hirsch*
Barbara Archer Hirsch
Commission Counsel
Maine Human Rights Commission
51 State House Station
Augusta, ME 04338
barbara.archerhirsch@mhrc.maine.gov

*Counsel for Plaintiff,*
*Maine Human Rights Commission*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2022, I served a copy of the Joint Stipulation of

Dismissal with the Clerk of Court using the CM/ECF System, which will send notification of such

filing(s) to the following:

Barbara Archer Hirsch, Esq.
Maine Human Rights Commission
51 State House Station
Augusta, ME 04333
Barbara.archerhirsch@mhrc.maine.gov

Kristin L. Aiello, Esq.
Aiello Law, LLC
133 State Street
P.O. Box 276
Augusta, ME 04332-0276
Kristin@AielloLawMaine.com

Dated: November 21, 2022                    /s/ Daniel R. Strader
                                            Daniel R. Strader

                                            Pierce Atwood LLP
                                            Merrill's Wharf
                                            254 Commercial Street
                                            Portland, ME 04101
                                            207-791-1100
                                            dstrader@pierceatwood.com

                                            *Counsel for Defendant*

#15525367v1                          2